JODI SIEGNER, Bar No. 102884
jsiegner@deconsel.com
DeCARLO & SHANLEY,
a Professional Corporation
533 S. Fremont Avenue, Ninth Floor
Los Angeles, California 90071-1706
Telephone: (213) 488-4100
Telecopier: (213) 488-4180

Attorneys for Judgment Creditor, Carpenters Southwest Administrative Corporation, formerly known as Carpenters Southern California Administrative Corporation,

FILED
CLERK, U.S. DISTRICT COURT
SEP 0 8 2016
CENTRAL DISTRICT OF CALIFORNIA
BY                                DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| CARPENTERS SOUTHERN CALIFORNIA ADMINISTRATIVE CORPORATION,<br><br>Judgment Creditor,<br><br>v.<br><br>HOWARD PERRY AND BETTE PERRY, also known as BETTY PERRY, individually and doing business as WEST COAST DOOR,<br><br>Judgment Debtors. | CASE NO. CV 83-5412 MRP(JRx)<br><br>[PROPOSED] ORDER FOR RENEWAL OF JUDGMENT<br><br>LODGED<br>CLERK, U.S. DISTRICT COURT<br>AUG 2016 |

The judgment debtor, HOWARD PERRY and BETTE PERRY, also known as BETTY PERRY, individually and doing business as WEST COAST DOOR, ("DEFENDANT"), having judgment entered against him on May 24, 1984 and subsequently renewed on April 16, 1992, April 19, 1999 and August 31, 2006.

NOW, upon application of CARPENTERS SOUTHWEST ADMINISTRATIVE CORPORATION, formerly known as CARPENTERS SOUTHERN CALIFORNIA ADMINISTRATIVE CORPORATION, ("CSAC"), and upon declaration that DEFENDANTS have failed to pay the total amount of

said judgment; and that DEFENDANTS is indebted to CSAC.

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that judgment against DEFENDANTS, be renewed for an audit and in the amount of $350,138.37 which is broken down as follows:

| | | | |
|---|---|---|---|
| a. | Total Judgment | $ | 62,722.40 |
| b. | Credit received | $ | 0.00 |
| c. | Interest after judgment computed from May 24, 1984 through April 16, 1992 at 11.74 ($20.45 per day) | $ | 58,098.59 |
| d. | Subtotal | $ | 120,820.99 |
| e. | Costs after judgment | $ | 0.00 |

Subtotal (Judgment as renewed) .................. $120,820.99

| | | | |
|---|---|---|---|
| f. | Less credits after judgment | $ | 0.00 |
| g. | Interest after judgment computed from April 16, 1992 through April 9, 1999 at 4.55 ($15.27 per day) | $ | 38,374.47 |

Total (Renewal as entered) .................. $159,195.46

| | | | |
|---|---|---|---|
| h. | Costs after judgment | $ | 0.00 |
| i. | Interest after judgment computed from April 19, 1999 through August 28, 2006 at 4.67 ($20.65 per day) | $ | 54,704.86 |
| j. | Subtotal | $ | 213,900.32 |
| k. | Costs after judgment | $ | 0.00 |

Total (Renewal as entered) .................. $213,900.32

| | | | |
|---|---|---|---|
| l. | Costs after judgment | $ | 0.00 |
| m. | Interest after judgment computed from August 31, 2006 through August 18, 2016 at 5.07% ($47.01 per day) | $ | 136,238.05 |

|   |    |                     |              |
|---|----|---------------------|--------------|
| 1 | n. | Subtotal ........... | $350,138.37  |
| 2 | o. | Costs after judgment | $     0.00   |
| 3 |    | Total Renewed Judgment | $350,138.37 |

DATED: 9/8/16

B. Moss
CLERK
UNITED STATES DISTRICT JUDGE

Presented by:

DeCARLO & SHANLEY,
A Professional Corporation

BY: _____
JODI SIEGNER
Attorneys For Judgment Creditor

3

**PROOF OF SERVICE (By Mail)**
(Carpenters v. Howard Perry, etc., et al,)
(USDC Case No. CV 83-5412 MRP(JRx))

  I am employed in the County of Los Angeles, State of California. I am over the age of eighteen years and not a party to the within action. My business address is: DeCARLO & SHANLEY, a Professional Corporation, 533 S. Fremont Avenue, Ninth Floor, Los Angeles, California 90071-1706.

  On August 24, 2016, I served a copy of the foregoing document, described as: **[PROPOSED] ORDER FOR RENEWAL OF JUDGMENT, on defendants, addressed as follows:**

  Howard Perry and Berry Perry
  aka Betty Perry, individually
  and dba West Coast Door
  2155 Burbank Boulevard
  Woodland Hills, CA 91367

in said action, by placing [x] a true copy thereof, [ ] an original enclosed in sealed envelope(s).

[x] (BY DEPOSIT FOR COLLECTION) I am readily familiar with the firm's practice for the collection and processing of correspondence for mailing. Under that practice, mail would be deposited with the United States Postal Service on that same day with postage thereon fully prepared at Los Angeles, California in the ordinary course of business. Following ordinary business practices, I caused such envelope(s), with postage thereon fully prepaid to be placed for collection and mailing.

  I am aware that on motion of the party served, service is presumed invalid if the postal cancellation date or postage meter date is more than one day after the date of deposit for mailing in affidavit.

  Executed on August 24, 2016, at Los Angeles, California.

[x] (FEDERAL) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

               */s/ Esta Hamilton*
               Esta Hamilton